224

Edwin M. Hadley, Jr., Appellee, v. Ernest E. Lilliander et al., Defendants.
Appeal of William H. Murphy and Henry F. Hagemeyer, Appellants.

Gen. No. 43,119.

Heard in the third division, first district, this court at the June term, 1944; opinion filed November 7, 1945; released for publication November 27, 1945. Winston, Strawn & Shaw, for appellants; John D. Black, of counsel; Haight, Goldstein & Hobbs, for appellee; George I. Haight and Chas. H. Lerch, of counsel. Opinion by JUSTICE LEWE. Not to be published in full.